AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Jarbir Javier Velasque
DOB: 2/10/1975

**WARRANT FOR ARREST**

CASE NUMBER: 2004-M-0496 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jarbir Javier Velasque___
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

transporting illegal aliens

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__

ROBERT B. COLLINGS
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at $ ___  by ___

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

OCT 1 3 2004  Boston, MA
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___

WARRANT EXECUTED BY POST
NAME AND TITLE OF ARRESTING OFFICER
ARREST/ARRAIGNMENT
DEFENDANT ON 10/14/04

| DATE RECEIVED | | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Stamp: RECEIVED 2004 OCT 13 P 2:23 U.S. MARSHAL SERVICE BOSTON, MA

This form was electronically produced by Elite Federal Forms, Inc.