UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2004-M-0496-RBC |
| ) | |
| JARBIR JAVIER VELASQUEZ, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE/DETENTION HEARING UNTIL NOVEMBER 1, 2004

Defendant Jarbir Javier Velasquez ("Mr. Velasquez"), by the undersigned counsel, hereby moves to continue the probable cause/detention hearing currently scheduled for October 20, 2004, until November 1, 2004 at 2:30 p.m. As grounds therefor, Mr. Velasquez states:

1. The Court had scheduled a probable cause/detention hearing in this matter for October 20, 2004 at 2:45 p.m.

2. Despite diligent efforts, Mr. Velasquez' counsel was unable to obtain all information necessary to proceed with the hearing by October 20, 2004.

3. In addition, Mr. Velasquez wishes to be interviewed by a Pretrial Services Officer, which is not scheduled to happen until the afternoon of October 20, 2004.

4. The government, through AUSA Timothy Feeley, assents to this Motion.

For the foregoing reasons, defendant Jarbir Javier Velasquez respectfully requests that the Court continue the probable cause/detention hearing until November 1, 2004 at 2:30 p.m. in

3758790v1

order to provide pretrial services an adequate opportunity to interview Mr. Velasquez and to consider potential release alternatives and to provide Mr. Velasquez the opportunity to gather the information necessary to prepare for the detention hearing.

Date: October 20, 2004

Respectfully submitted,

JARBIR JAVIER VELASQUEZ
by his attorneys,

Diana K. Lloyd, Esq. (BBO# 560586)
Marc J. Scheiner, Esq. (BBO# 657767)
Choate, Hall & Stewart
53 State Street
Boston, MA 02109
(617) 248-5000

## CERTIFICATE OF SERVICE

I, Diana K. Lloyd, certify that on October 20, 2004, I caused a copy of the foregoing ASSENTED TO MOTION TO CONTINUE PROBABLE CAUSE/DETENTION HEARING UNTIL NOVEMBER 1, 2004 to be served by hand upon the following counsel of record and upon Pretrial Services.

AUSA Timothy Feeley
U.S. Attorney's Office
United States Courthouse
1 Courthouse Way
Boston, MA 02210

David Picozzi
U.S. Pretrial Services
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Diana K. Lloyd, Esq.

3758790v1