UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04CR10354JLT |
| v. ) | CRIMINAL NO. |
| JARBIR JAVIER VELASQUEZ ) | |

### INFORMATION

**COUNT ONE:**   (8 U.S.C. § 1325 -- Improper Entry of Alien)

The United States Attorney charges that:

On or about 2002, at the Mexican/United States border, in the District of Arizona,

**JARBIR JAVIER VELASQUEZ,**

defendant herein, being an alien, entered the United States at a time and place other than as designated by immigration officers.

All in violation of Title 8, United States Code, Section 1325(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

December 7, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 00-10344-PBS |
| v. ) | |
| ) | |
| JARBIR JAVIER VELASQUEZ ) | |

## WAIVER OF VENUE

Defendant Jarbir Javier Velazquez, after having been advised of his right to be charged in the district in which the charged crime is alleged to have occurred, hereby waives in open court prosecution in that district and consents that this proceeding may go forward in the District of Massachusetts as if the charged crime occurred in this district.

_____
JARBIR JAVIER VELASQUEZ

_____
Diana K. Lloyd, Esq.
Attorney for Defendant

Date: December \_\_\_, 2004

JS 45 (5/97) - (Revised USAO MA 1/11/04)

**04 CR 10354 JLT**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Arizona    **Category No.** III    **Investigating Agency** ICE

**City** _____

**County** _____

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  04-M-0496-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** JARBIR JAVIER VELASQUEZ    Juvenile ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1975   **SSN (last 4 #):** ____   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** Diana K. Lloyd, Esq.    **Address:** Choate Hall & Stewart, Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Timothy Q. Feeley    **Bar Number if applicable** 160950

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** October 14, 2004

☒ Already in Federal Custody as October 14, 2004 in U.S. Marshal Custody
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:** ☒ Petty  1    ☐ Misdemeanor ____   ☐ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** December 7, 2004    **Signature of AUSA:** _/s/ Timothy Q. Feeley_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   JARBIR JAVIER VELASQUEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. §1325(a)(1) | Improper Entry of Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: