UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 04-M-0496-RBC |
| v. | ) |
| | ) |
| JARBIR JAVIER VELASQUEZ | ) |

### WAIVER OF VENUE

Defendant Jarbir Javier Velazquez, after having been advised of his right to be charged in the district in which the charged crime is alleged to have occurred, hereby waives in open court prosecution in that district and consents that this proceeding may go forward in the District of Massachusetts as if the charged crime occurred in this district.

x /s/ Jarbir Velasquez
JARBIR JAVIER VELASQUEZ

/s/ Diana K. Lloyd
Diana K. Lloyd, Esq.
Attorney for Defendant

Date: December 22, 2004

12/22/04
Noreen Russo