UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------)
UNITED STATES                                 )
                                              )
       v.                                     )      Criminal No. 2004-M-0496-RBC
                                              )
JARBIR JAVIER VELASQUEZ,                      )
                                              )
       Defendant.                             )
----------------------------------------------)
```

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, as of **Monday, August 1, 2005**, the address of Choate, Hall & Stewart, LLP, counsel for Defendant Jarbir Javier Velaszuez, will change to Two International Place, Boston, MA 02110. The telephone number of counsel and her electronic mail address will remain the same. Counsel will update her electronic filing account information accordingly.

Respectfully Submitted,

JARBIR JAVIER VELASQUEZ
by his attorney,

/s/ Diana K. Lloyd
Diana K. Lloyd (BBO# 560586)
CHOATE, HALL & STEWART, LLP
Exchange Place
53 State Street
Boston, MA  02109
Telephone:  (617) 248-5000

DATE: July 28, 2005

3964922_1.DOC